

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-9-2004

# Shapiro v. Prudential Ins Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3805

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Shapiro v. Prudential Ins Co" (2004). *2004 Decisions.* Paper 1104.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/1104

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.02-3805
_____

STEPHEN SHAPIRO

Appellant

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 99-CV-04325)
District Judge: Honorable Dennis M. Cavanaugh

_____

Before: ALITO, ROTH, and HALL* , <u>Circuit Judges</u>

**O R D E R**

The petition for panel rehearing filed by Appellant in the above-entitled

case is granted for the sole purpose of amending the panel's original decision.

_____

*The Hon. Cynthia H. Hall, Circuit Judge for the United States Court of Appeals
for the Ninth Circuit, sitting by designation.

By the Court,


                              /s/ JANE R. ROTH
                              Circuit Judge


Dated: January 7, 2004
RLS/cc: SJH
         CHP
         HLM
         CAR